UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



FILED
FEB 2 6 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Eugene Lane                         ~~3451266~~ 3541266

*(Enter above the full name of the plaintiff or plaintiffs in this action).*

*(Inmate Reg. # of each Plaintiff)*

**VERSUS**          CIVIL ACTION NO. 5:19-cv-00135
                    *(Number to be assigned by Court)*

Greg bishop Assistant prosecutor

Wyoming County

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I. **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

      Yes _____     No __X__

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.  Parties to this previous lawsuit:

        Plaintiffs: _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2.  Court (if federal court, name the district; if state court, name the county);

        _____

    3.  Docket Number: _____

    4.  Name of judge to whom case was assigned:

        _____

    5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

        _____

    6.  Approximate date of filing lawsuit: _____

    7.  Approximate date of disposition: _____

II. **Place of Present Confinement:** Southren Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

          Yes \_\_\_\_\_      No \_\_\_\_\_

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

          Yes \_\_\_\_\_      No \_\_\_\_\_

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Eugene Lane

        Address: 1200 Airport Rd Beaver WV 25813

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Greg Bishop

   is employed as: Assistant prosecutor

   at Wyoming County Court house

D. Additional defendants: 

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I filling for malishes prosecution on Greg Bishop because he's a ex State trooper he's had run in's with my older brother's and he's using my names against me without giving me a fair prosecution. I went to Court 2-20-19 he is trying to give me a plea of the max the charge's carry and also trying to turn fines into Jailable offences after I aggreed to pay the fines on the 20th

4

IV. **Statement of Claim (continued):**

V. **Relief**

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I want the carts to give me a fair prosecution Like everyone ealse thats got the simuler Charges

V.  **Relief (continued)):**

_____

_____

_____

_____

_____

VII. **Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____    No _____

    If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

    If not, state your reasons: _____

_____

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____    No __X__

   If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

             _____

             _____

             _____

             Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
        (Date)

             _____

             Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)



THE WRITER OF THIS LETTER
IS AN INMATE OF THE
SOUTHERN REGIONAL JAIL
AND CORRECTIONAL CENTER

Eugene Lane
INMATE NAME
3541265
INMATE OID #
SOUTHERN REGIONAL JAIL
AND CORRECTIONAL CENTER
1200 AIRPORT ROAD
BEAVER, WV 25813

Clerk United States District Court
110 North Heber Street Room 119
Beckley WV 25801